# EXHIBIT 2

## EXHIBIT "A"

### LEGAL DESCRIPTION

Parcel I - The South 110 feet of Lot 8, Block 10, according to the Map and Survey of Avondale, as recorded in Map Book 1, Page 221 in the Probate Office of Jefferson County, Alabama.

Parcel II - Lot 1-E according to the Map and Survey of Avondale Brewery Resurvey No. 3, as recorded in Plat Book 241, Page 1 in the Probate Office of Jefferson County, Alabama.

Parcel III - Lot 1-F according to the Map and Survey of Avondale Brewery Resurvey No. 3, as recorded in Plat Book 241, Page 1 in the Probate Office of Jefferson County, Alabama.

Parcel IV - Lot 1-D according to the Map and Survey of Avondale Brewery Resurvey No. 3, as recorded in Plat Book 241, Page 1 in the Probate Office of Jefferson County, Alabama.

Parcel V - Lot 1-C, according to the Map and Survey of Avondale Brewery Resurvey No. 3, as recorded in Plat Book 241, Page 1 in the Probate Office of Jefferson County, Alabama.

Parcel VI - Lot 1-A according to the Map and Survey of Avondale Brewery Resurvey No. 3, as recorded in Plat Book 241, Page 1 in the Probate Office of Jefferson County, Alabama.

Parcel VII - Lot 1-B, according to the Map and Survey of Avondale Brewery Resurvey No. 3, as recorded in Plat Book 241, Page 1 in the Probate Office of Jefferson County, Alabama.

Parcel VIII - Lot 1-G, according to the Map and Survey of Avondale Brewery Resurvey No. 3, as recorded in Plat Book 241, Page 1 in the Probate Office of Jefferson County, Alabama.