# EXHIBIT 6

*This Instrument prepared by, and upon recording should be returned to:*

Prepared by and Return to:
Phillip G. Stutts
Leitman, Siegal & Payne, P.C.
1927 First Avenue North
Suite 101
Birmingham, AL 35203

STATE OF ALABAMA )
COUNTY OF JEFFERSON )

## AGREEMENT NOT TO TRANSFER OR ENCUMBER REAL PROPERTY

**THIS AGREEMENT** (this "Agreement"), made and effective as of the __1__ day of ~~May~~ June, 2020, is from **AVONDALE HOLDINGS, LLC** ("Avondale") and **HUNTER RENFROE** ("Borrower"), in favor of **SAMUEL HASKELL, ANDERSON L. GLENN and GID CAPITAL LLC** (collectively, "Lender").

### RECITALS:

A. Lender is the owner and holder of three separate Amended and Restated Promissory Notes dated on or about even date herewith, in the combined principal amount of $1,080,000.00 (collectively, the "Note"), payable by Borrower, to the order of Lender. All capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Note or in the other "Loan Documents" therein described.

B. Borrower is the sole member and manager of Avondale.

C. The Borrower has requested certain modification to the Note and related Loan Documents, and as a condition to such changes Lender has required that the parties hereto execute and deliver this Agreement as additional security for the Note. Avondale and Borrower acknowledge that the modification of the Note will be of direct and substantial benefit to Avondale and Borrower, and that there is adequate consideration for the making of this Agreement by Avondale and Borrower as an inducement to certain modification to the Note and related Loan Documents by Lender.

Case 24-00050-TOM   Doc 1-6   Filed 12/06/24   Entered 12/06/24 15:04:24   Desc
Exhibit 6   Page 2 of 7

## AGREEMENT:

**NOW, THEREFORE,** in order further to secure the obligations of Borrower with respect to the Note and Loan Documents, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1. ***The Property.*** Avondale hereby represents and warrants that Avondale is lawfully seized and possessed of an indefeasible estate in fee simple in and to the respective real property more particularly described in Exhibit A attached hereto and made a part hereof (the "Property").

2. ***Covenant Against Further Encumbrance.*** Avondale hereby represents and warrants to Lender that as of the date of this Agreement, the Property is not encumbered by any security agreement, financing statement, lease, mortgage, deed of trust, conditional sales contract, lien, security interest, security title, or other voluntary encumbrance securing any monetary or non-monetary obligations of Avondale or any other party other than a first Mortgage on the Property to Oakworth Capital Bank as documented by that Future Advance Mortgage, Assignment of Rents and Leases, and Security Agreement recorded in Instrument #2018058596 in the Office of the Judge of Probate of Jefferson County, Alabama and amended by Instrument #2019066009. For as long as this Agreement remains in effect, Avondale agrees that it shall neither permit nor suffer the existence of any further encumbrance upon the Property or increase the amount of debt secured by the Mortgage unless the prior written consent of Lender is first obtained. Any further encumbrance of the Property made in contravention of this Agreement shall be null and void *ab initio*. Borrower, in his capacity as sole member and manager of Avondale, agrees to manage Avondale in a manner to cause Avondale to comply with this covenant.

3. ***Covenant Against Transfer.*** For as long as this Agreement remains in effect, Avondale hereby covenants and agrees that except for the consummation of an Actual Sale of the Property (as hereinafter defined), it shall not transfer any portion of the Property, or any interest therein, without the prior written consent of Lender. As used herein, the term "Actual Sale" shall mean any arms-length sale of the Property, or any portion thereof, to a *bona fide* third-party purchaser for a purchase price equal to the fair market value of the Property sold. Avondale shall provide Lender with a quarterly sales report which describes the current status of any proposed Actual Sale of any portion of the Property, and shall provide such other information with respect to Avondale's efforts to market and sell the Property as Lender may from time to time request. Any transfer or conveyance of the Property made in contravention of this Agreement shall be null and void *ab initio*. Borrower, in his capacity as sole member and manager of Avondale, agrees to manage Avondale in a manner to cause Avondale to comply with this covenant.

4. ***Term.*** This Agreement shall remain in full force and effect until the earlier of (i) the date upon which all obligations of Borrower to Lender under the Note have been fully and indefeasibly paid and satisfied, or (ii) the date upon which the benefit of this Agreement is

F:\PGS\Haskell\Renfroe Loan\Non-Encumbrance Agt 5-28-2020.doc

Page 2 of 7

Case 24-00050-TOM   Doc 1-6   Filed 12/06/24   Entered 12/06/24 15:04:24   Desc
Exhibit 6   Page 3 of 7

released in writing by Lender. Otherwise, this Agreement shall remain in full force and effect notwithstanding any breach hereof by Avondale.

5. **Notices.** Any notice required herein or by applicable law shall be deemed given (a) when personally delivered (to the person or department if one is designated below), (b) as of the delivery date shown on the return receipt when sent by United States Mail, certified or registered, postage prepaid, return receipt requested, or (c) one day after the date sent by Federal Express or other national overnight carrier, and addressed in each such case as set forth below:

> *If to Borrower,*   Hunter Renfroe
> *Or Avondale*   c/o Orchestra Partners
>   1820 3rd Avenue North Unit 300
>   Birmingham, AL 35203
>
> *If to Lender:*   Samuel Haskell
>   3179 Green Valley Road, #4̶0̶1̶ 305
>   Vestavia, Alabama 35243

Either party may by notice given as herein provided change its address to another single address.

6. **Jurisdiction; Waiver of Jury Trial.**

(a) The validity, interpretation, enforcement and effect of this Agreement shall be governed by, and construed according to the laws of, the State of Alabama. By execution and delivery of this Agreement, Avondale and Borrower, expressly and irrevocably assent and submit to the personal jurisdiction of the state and federal courts presiding in and over Jefferson County, Alabama, in any legal action or proceeding arising under, out of, or in any manner relating to this Agreement, and acknowledges that the negotiation, execution and delivery of this Agreement constitute sufficient contacts with the State of Alabama for purposes of independently conferring such jurisdiction. Avondale and Borrower, further agree that the exclusive venue of any such legal action or proceeding arising out of or in any manner relating to this Agreement shall be in the state and/or federal courts presiding in and over Jefferson County, Alabama, unless the Lender shall, at its sole option, elect to bring or permit the maintenance of any such action in another venue, and Avondale and Borrower, hereby waive any and all rights under any state or federal law to object to such venue on grounds of *forum non conveniens* or otherwise.

(b) AVONDALE AND BORROWER, AND BY ACCEPTANCE HEREOF LENDER, HEREBY MUTUALLY WAIVE ANY RIGHT TO A TRIAL BY JURY ON ANY CLAIM, COUNTERCLAIM, SETOFF, DEMAND, ACTION OR CAUSE OF ACTION ARISING OUT OF OR IN ANY WAY PERTAINING OR RELATING TO THIS AGREEMENT, ANY OTHER INSTRUMENT, DOCUMENT OR AGREEMENT EXECUTED OR DELIVERED IN CONNECTION HEREWITH, OR IN ANY WAY CONNECTED WITH OR PERTAINING OR RELATING TO OR INCIDENTAL TO ANY DEALINGS OF THE PARTIES WITH RESPECT

TO THE SUBJECT MATTER OF THIS AGREEMENT OR THE EXERCISE OF ANY RIGHT OR REMEDY HEREUNDER, IN ALL OF THE FOREGOING CASES WHETHER NOW EXISTING OR HEREAFTER ARISING, AND WHETHER SOUNDING IN CONTRACT, TORT OR OTHERWISE. BORROWER AND AVONDALE ACKNOWLEDGE THAT LENDER HAS, IN PART, BEEN INDUCED TO ACCEPT THIS AGREEMENT IN RELIANCE ON THE PROVISIONS OF THIS PARAGRAPH.

7. **Miscellaneous.**

(a) Section headings shall be disregarded in the interpretation of this Agreement. This Agreement shall be construed without reference to the party responsible for its drafting. As used herein, the singular shall be deemed to include the plural, and *vice versa*. As used herein, the masculine gender shall be deemed to include the feminine, and *vice versa*.

(b) This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which shall together constitute one and the same instrument. It shall not be necessary for all parties to sign the same counterpart.

(c) Avondale hereby represents and warrants to Lender that this Agreement has been duly authorized, executed and delivered by it pursuant to all requisite authority, and constitutes a legal, valid and binding obligation of Avondale, enforceable in accordance with its terms.

(d) Nothing herein shall be deemed to alter, diminish, modify or release any claim or cause of action which Lender may now or hereafter have against Borrower or Avondale for any past, existing or future breach or default under any Loan Document.

(e) Nothing herein and no course of dealing between the parties shall be deemed to constitute a commitment or obligation by Lender to further extend the maturity of the Loan.

(f) This Agreement shall be binding upon, and shall inure to the benefit of, the parties hereto and their respective successors and assigns.

(g) Time is of the essence of this Agreement and the performance by Avondale of all of the terms, covenants and conditions herein set forth.

*[ Signatures on following pages ]*

Case 24-00050-TOM    Doc 1-6    Filed 12/06/24    Entered 12/06/24 15:04:24    Desc
Exhibit 6    Page 5 of 7

IN WITNESS WHEREOF, Avondale and Borrower, have caused this Agreement to be properly executed as of the day and year first above written.

BORROWER:

_____
HUNTER RENFROE

STATE OF ALABAMA
COUNTY OF JEFFERSON

I, the undersigned, a Notary Public in and for said County in said State, do hereby certify that HUNTER RENFROE whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this the _____ day of _____, 2020.

_____
Notary Public
My Commission Expires: _____

AVONDALE:

AVONDALE HOLDINGS, LLC

By: _____
    Hunter Renfroe
Its: Manager

STATE OF ALABAMA )
JEFFERSON COUNTY )

I, the undersigned Notary Public in and for said County, in said State, hereby certify that Hunter Renfroe, whose name as Manager of AVONDALE HOLDINGS, LLC, is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, as such officer and with full authority, executed the same voluntarily for and as the act of said limited liability company.

Given under my hand and official seal this the _____ day of _____, 2020.

_____
Notary Public
My Commission Expires: _____

F:\PGS\Haskell\Renfroe Loan\Non-Encumbrance Agt 5-28-2020.doc

# EXHIBIT "A"

## LEGAL DESCRIPTION

Parcel I - The South 110 feet of Lot 8, Block 10, according to the Map and Survey of Avondale, as recorded in Map Book 1, Page 221 in the Probate Office of Jefferson County, Alabama.

Parcel II - Lot 1-E according to the Map and Survey of Avondale Brewery Resurvey No. 3, as recorded in Plat Book 241, Page 1 in the Probate Office of Jefferson County, Alabama.

Parcel III - Lot 1-F according to the Map and Survey of Avondale Brewery Resurvey No. 3, as recorded in Plat Book 241, Page 1 in the Probate Office of Jefferson County, Alabama.

Parcel IV - Lot 1-D according to the Map and Survey of Avondale Brewery Resurvey No. 3, as recorded in Plat Book 241, Page 1 in the Probate Office of Jefferson County, Alabama.

Parcel V - Lot 1-C, according to the Map and Survey of Avondale Brewery Resurvey No. 3, as recorded in Plat Book 241, Page 1 in the Probate Office of Jefferson County, Alabama.

Parcel VI - Lot 1-A according to the Map and Survey of Avondale Brewery Resurvey No. 3, as recorded in Plat Book 241, Page 1 in the Probate Office of Jefferson County, Alabama.

Parcel VII - Lot 1-B, according to the Map and Survey of Avondale Brewery Resurvey No. 3, as recorded in Plat Book 241, Page 1 in the Probate Office of Jefferson County, Alabama.

Parcel VIII - Lot 1-G, according to the Map and Survey of Avondale Brewery Resurvey No. 3, as recorded in Plat Book 241, Page 1 in the Probate Office of Jefferson County, Alabama.